IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHEL WATKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2353-N |
| | § | |
| THE VICTOR, ET AL., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this lawsuit is DISMISSED for lack of subject matter jurisdiction.

SIGNED this 19th day of November, 2024.

_____
DAVID C. GODBEY
CHIEF JUDGE